UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW S. DOMENITZ,
    Plaintiff,

vs.                                        CASE NO. 8:12-CIV-146-T-EAK-EAJ

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,
    Defendant.
_____/

## ORDER GRANTING MOTION

This cause is before the Court on the Plaintiff's motion for award of fees and costs (Doc. 23) and response thereto (Doc. 24). The Defendant does not object to the attorney's fee requests but objects to the costs because the Plaintiff fails to identify the basis for the costs request. The Court agrees that the Plaintiff failed to specifically address the source of the cost, however, the Court finds the costs to be the filing fee cost of $350.00. Accordingly, it is

**ORDERED** that the motion for award of fees and costs (Doc. 23) be **granted** and the Clerk of Court shall enter judgment for the Plaintiff in the amount of $4,486.00 in attorney's fees and $350.00 in costs.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of December, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record